

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Robert Cody Branch, Appellant

No. 06-16-00051-CV     v.

Texas Farm Bureau Underwriters, Linda Branch, and Security State Bank, N.A., Appellees

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 14-0632-A). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Robert Cody Branch, pay all costs of this appeal.

RENDERED SEPTEMBER 22, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk